UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  A 10: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

LISA RICCOBENE )
    Plaintiff )
)
v. )  C.A. No. 04-10256-MEL
)
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY )
And )
ANNE McCALL )
    Defendants )
)

## PLAINTIFF'S MOTION FOR 30 DAY EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS

Plaintiff Lisa Riccobene, through counsel, hereby respectfully requests that she be allowed an extension of time of 30 days to complete service on Defendants in this action, up to and including July 5, 2004. As grounds for this motion, Plaintiff states as follows:

1. Returns of service of process are currently scheduled to be filed no later than June 5, 2004.

2. Plaintiff has not yet been able to complete service of process upon Defendants, but anticipates being able to do so shortly.

For all of the foregoing reasons, it is respectfully requested that this motion be allowed, and Plaintiff be allowed an extension of time of 30 days in which to complete service of process, up to and including July 5, 2004.

1

Respectfully submitted,

Lisa Riccobene
By her attorney

_____
Mitchell J. Notis
Law Offices of Mitchell J. Notis
370 Washington Street
Brookline, MA 02446
617-566-2700
BBO# 374360