AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
District of IN CLERKS OFFICE Massachusetts

2004 JUN -2 P 12:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

*Lisa Riccobene*

v.

*MBTA,*
*Anne McCall*

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **04 10256 MEL**

TO: (Name and address of Defendant)

*Anne McCall*
*5 Adrienne Road*
*Walpole, MA*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Mitchell J. Notis*
*Law Office of Mitchell J. Notis*
*370 Washington St.*
*Brookline, MA 02445*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  2-6-04