AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Lisa Riccobene

v.

MBTA,
Anne McCall

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10256 MEL

TO: (Name and address of Defendant)

MBTA
Ten Park Plaza
Boston, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 2-6-04