UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,                      )<br>          Plaintiff                         )<br>                                                )<br>v.                                              )<br>                                                )<br>MASSACHUSETTS BAY        )<br>TRANSPORTATION AUTHORITY,  )<br>and ANNE McCALL,               )<br>          Defendant                      )<br>                                                ) | C.A. No. 04-10256 MEL |

AGREED UPON MOTION TO EXTEND THE TIME FOR THE
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND
ANNE McCALL TO FILE A RESPONSE TO COMPLAINT

Defendants Massachusetts Bay Transportation Authority and Anne McCall (collectively "the defendants") move this Court to enlarge the time for them to file a response to the complaint filed by Plaintiff Lisa Riccobene ("Riccobene") by thirty days. The response was originally due on June 16, 2004. Defendants request leave to file a response on or before July 16, 2004, in order to completely investigate plaintiff's allegations. The plaintiffs have agreed to the extension requested by defendants. In addition, the parties have agreed that in the event defendants file any response other than an answer, such as a motion to dismiss, plaintiff will have thirty days to file an opposition.

WHEREFORE, defendants respectfully request an extension of thirty days to file a response to the complaint.

Respectfully submitted,

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

By its attorneys,

/s/ Joseph L. Edwards
Walter B. Prince, BBO #077260
Laurie F. Rubin, BBO #564947
Joseph L. Edwards, Jr. # 564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000