UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA RICCOBENE | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10256-MEL |
| | ) | |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY | ) | |
| And | ) | |
| ANNE McCALL | ) | |
|       Defendants | ) | |
| | ) | |

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certification. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

**I.  Agenda of Matters to be Discussed at Scheduling Conference**

    A.  Proposed Pretrial Schedule

        1.  Discovery Plan
        2.  Motion Schedule
        3.  Pretrial Conference
        4.  Any matter listed in FRCP 16(c), or which the Court deems appropriate.

    B.  Mediation/Alternative Dispute Resolution

    C.  Trial by Magistrate Judge-At this time, the parties are not willing to have this case tried by a Magistrate Judge.

    D.  Plaintiff's Settlement Proposal

## II.  Proposed Pretrial Schedule

### A.  Discovery Plan

1.  **Deadline for the Completion of Fact Discovery:  August 16, 2005**

Discovery shall be served so that the responses shall be served or depositions shall be completed by August 16, 2005.  For the time being, the parties agree that the discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C).  Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules.  Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1 (C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

### B.  Motion Schedule

1.  Motions for Summary Judgment pursuant to Rule 56 shall  be filed by **October 16, 2005**.  The Opposition to the Motion for Summary Judgment shall be filed by **November 16, 2005**.

## III.  Certification By Counsel and Parties

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Plaintiff and Plaintiff that they have conferred on the matters set forth in that Rule is attached hereto.    Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Defendants and an authorized representative of Defendants that they have conferred on the matters set forth in that Rule is attached hereto.

Lisa Riccobene
By her attorney

/s/ Mitchell J. Notis (JLE)
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

Massachusetts Bay Transportation Authority
Anne McCall
By their attorneys,

/s/ Joseph L. Edwards Jr.
Walter B. Prince (BBO#406640)
Joseph L. Edwards, Jr. (BBO#564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE )<br>      Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY )<br>And )<br>ANNE McCALL )<br>      Defendants )<br>) | C.A. No. 04-10256-MEL |

LOCAL RULE 16.1 CERTIFICATION

Lisa Riccobene, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Riccobene in this action, hereby certify and confirm that they have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Lisa Riccobene

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

12/8/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA RICCOBENE,                          )
                    Plaintiff,           )
                                         )
v.                                       )        C.A. No. 04-10256 MEL
                                         )
MASSACHUSETTS BAY                        )
TRANSPORTATION AUTHORITY,                )
and ANNE McCALL,                         )
                    Defendants.          )

## LOCAL RULE 16.1 (D) CERTIFICATE

PLEASE TAKE NOTICE THAT the undersigned parties to this action, and their

counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the

United States District Court for the District of Massachusetts that:

(a)    they have conferred with a view to establishing a budget for the costs of

conducting the full course, and various alternative courses, of this

litigation; and

(b)    they have conferred to consider the resolution of the litigation through the

use of alternative dispute resolution programs such as those outlined in

Local Rule 16.4

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

By its duly authorized representative,              By its attorneys,

_____          /s/ Joseph L. Edwards, Jr.
William A. Mitchell, Jr., General Counsel          /s/ Joseph L. Edwards, Jr.
Massachusetts Bay Transportation Authority         Walter B. Prince, BBO#406640
Ten Park Plaza                                     Joseph L. Edwards, BBO #564288
                                                   Prince, Lobel, Glovsky & Tye LLP

Boston, MA 02116                    585 Commercial Street
                                   Boston, MA 02109
                                   (617) 456-8000


Anne McCall