UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,<br>　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>and ANNE McCALL,<br>　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 04-10256 MEL<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION OF THE PARTIES TO
## REVISE THE SCHEDULING ORDER

Plaintiff Lisa Riccobene and Defendants Massachusetts Bay Transportation Authority and Anne McCall jointly move the Court to extend the time limits in its scheduling order by ninety days. Specifically, the parties request that the scheduling order be revised as follows:

1. Close of fact discovery extended from February 12, 2006 to May 15, 2006.

2. Date for filing summary judgment motions extended from April 12, 2006 to July 12, 2006.

3. Date for filing opposition to summary judgment motions extended from May 11, 2006 to August 11, 2006.

As grounds for this motion, the parties state that they are currently engaged in, but have not yet completed, discovery. Additional time is needed by all parties to complete discovery.

**Wherefore,** the parties respectfully request the Court to grant the foregoing motion and extend the pretrial schedule as set forth above.

Respectfully submitted,

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
and ANNE McCALL,
By Their Attorneys,

*Joseph L. Edwards Jr.*

Walter B. Prince (BBO #406640)
Laurie F. Rubin (BBO #564947)
Joseph L. Edwards, Jr. (BBO #564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Lisa Riccobene
By Her Attorney,

*Mitchell J. Notis (JE)*

Mitchell J. Notis (BBO #374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
(617) 456-8000

Dated: February 6, 2006