UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,<br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>and ANNE McCALL,<br>          Defendants. | )<br>)<br>)<br>)           C.A. No. 04-10256 MEL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that as of April 15, 2006, the address of Prince, Lobel, Glovsky & Tye LLP, counsel for Massachusetts Bay Transportation Authority and Anne McCall is:

   100 Cambridge Street
   Suite 2200
   Boston, MA  02114

Respectfully submitted,

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
and ANNE McCALL

By their Attorneys,


/s/ Joseph L. Edwards, Jr._____
Walter B. Prince (BBO #406640)
Joseph L. Edwards, Jr. (BBO #564288)
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge St., Suite 220
Boston, MA  02114
(617) 456-8000

April 21, 2006