UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE, )<br> Plaintiff, )<br> )<br>v. )<br> )<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>and ANNE McCALL, )<br> Defendants. )<br> ) | C.A. No. 04-10256 MEL |

**JOINT MOTION OF THE PARTIES TO
REVISE THE SCHEDULING ORDER**

Plaintiff Lisa Riccobene and Defendants Massachusetts Bay Transportation Authority and Anne McCall jointly move the Court to extend the time limits in its scheduling order by ninety days. Specifically, the parties request that the scheduling order be revised as follows:

1. Close of fact discovery extended from May 15, 2006 to August 15, 2006.

2. Date for filing summary judgment motions extended from July 12, 2006 to October 12, 2006.

3. Date for filing opposition to summary judgment motions extended from August 11, 2006 to November 12, 2006.

As grounds for this motion, the parties state that they are currently engaged in, but have not yet completed, discovery. Discovery has been hindered by the personal and professional obligations of counsel and the parties agree that additional time is needed to complete discovery.

**Wherefore,** the parties respectfully request the Court to grant the foregoing motion and extend the pretrial schedule as set forth above.

Respectfully submitted,

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
and ANNE McCALL,
By Their Attorneys,

/s/Joseph L. Edwards, Jr.
_____
Walter B. Prince (BBO #406640)
Laurie F. Rubin (BBO #564947)
Joseph L. Edwards, Jr. (BBO #564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

Lisa Riccobene
By Her Attorney,

/s/Mitchell J. Notis
_____
Mitchell J. Notis (BBO #374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
(617) 456-8000

Dated: May 2, 2006