UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE )<br>      Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY )<br>And )<br>ANNE McCALL )<br>      Defendants )<br>) | C.A. No. 04-10256-MEL |

JOINT MOTION TO EXTEND PRETRIAL SCHEDULE BY NINETYDAYS

    The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by ninety days.

    Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery-extended from August 15, 2006 through November 13, 2006.
2. Date for filing of summary judgment motions-extended from October 12, 2006 through January 10, 2007.
3. Date for filing opposition to summary judgment motions-extended from November 12, 2006 through February 9, 2007.

    As grounds for this motion, the parties state that they are currently involved in discovery in this action, but that additional time is needed to finish discovery. Additionally, this extension is required in part due to the final illness and decease of a family member of Counsel for Defendant.

    For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case extended as set forth above.

Lisa Riccobene
By her attorney


/s/Mitchell J. Notis
_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360



Massachusetts Bay Transportation Authority
Anne McCall
By their attorneys,


/s/Joseph L. Edwards, Jr.
_____
Walter B. Prince (BBO#406640)
Joseph L. Edwards, Jr. (BBO#564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000