**Exhibit A**

COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>and ANNE McCALL,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 04-10256 MEL<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

After reviewing the Joint Motion of the parties, the Stipulated Protective Order Respecting Confidential Information executed by the parties on April 4, 2007 is entered as an order of this Court.

_____
United States District Judge

Dated:_____