Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>and ANNE McCALL,<br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 04-10256 MEL<br>)<br>)<br>)<br>)<br>)<br>) |

**VERIFICATION**

1. My name is _____, and I live at

_____.

2. I acknowledge that I have received and read a copy of the Stipulated Confidentiality and Nondisclosure Order ("Order") which has been entered in this case.

3. I further acknowledge that any Confidential Information which I receive pursuant to the Order (and which was not already rightfully in my possession) will be used by me only in connection with the above-captioned litigation.

4. I further acknowledge that I will not disclose to or discuss such Confidential Information which I receive pursuant to the Order (and which was not already rightfully in my possession) with any person other than those persons who are authorized by the Order to have access to the Confidential Information.

5. I further understand that any disclosure or use of Confidential Information contrary to the provisions of the Order may subject me to sanctions for contempt.

_____

Dated: _____

Witness:

_____