UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>and ANNE McCALL,<br>    Defendants. | C.A. No. 04-10256 MEL |

### ORDER

After reviewing the parties' Joint Motion To Extend Rule 56 Deadline, it is hereby ordered that:

    i.    The deadline for filing summary judgment motions is extended from ne 5, 2007 up to and including June 29, 2007;

    ii.    The deadline for filing opposition to summary judgment motions is extended from July 5, 2007 up to and including July 30, 2007;

    iii.    The parties may conduct the deposition of Joan Martin prior to June 29, 2007, or as otherwise ordered by the Court; and

    iv.    The parties will report to the Court on or before June 15, 2007 as to the status of Ms. Martin's deposition.

_____
Morris E. Lasker
United States District Judge

Dated: 5/29/07