UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCOBENE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>and ANNE McCALL,<br>    Defendants. | C.A. No. 04-10256 MEL |

## ORDER

After reviewing the parties' Joint Motion To Extend Pre-Trial Schedule, it is hereby ordered that:

    i.    The deadline for filing summary judgment motions is extended from June 29, 2007 up to and including October 31, 2007;

    ii.    The deadline for filing opposition to summary judgment motions is extended from July 30, 2007 up to and including November 30, 2007;

    iii.    The parties may conduct the deposition of Joan Martin prior to October 31, 2007 or as otherwise ordered by the Court; and

    iv.    The parties will report to the Court on or before October 15, 2007 as to the status of Ms. Martin's deposition.

                                                                                Morris E. Lasker
                                                                                United States District Judge

Dated:_____