UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA RICCOBENE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-10256-MEL |
| v. | ) | |
| | ) | |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY | ) | |
| and ANNE McCALL | ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 13, 2007                              /s/ George H. Howarth
Boston, Massachusetts                              Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA RICCOBENE | ) | |
|  | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
|  | ) | 04-10256-MEL |
| v. | ) | |
|  | ) | |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY | ) | |
| and ANNE McCALL | ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 13, 2007                                    /s/ George H. Howarth
Boston, Massachusetts                                    Deputy Clerk