**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Lisa Riccobene
    Plaintiff

                CIVIL ACTION
  V.              NO. 04-10256-PBS

MBTA, et al
    Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

  _____ EARLY NEUTRAL EVALUATION  \_\_X\_\_ MEDIATION: October, 2007 with Sr.
                       Judge Lasker if possible.
  _____ MINI-TRIAL          _____ SUMMARY JURY TRIAL
  _____ SETTLEMENT CONFERENCE   _____ SPECIAL MASTER
  _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                   HON. PATTI B. SARIS
                   UNITED STATES DISTRICT JUDGE
                   BY: /s/ Robert C. Alba
DATE:  9/6/07           DEPUTY CLERK

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |