UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA RICCOBENE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-10256 PBS |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, and ANNE McCALL, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF FILING IN THE CLERK'S OFFICE

The Defendants, Massachusetts Bay Transportation Authority ("MBTA") and Anne McCall ("Deputy McCall") (collectively, "Defendants"), hereby provide notice that, pursuant to the Electronic Case Filing User's Manual (p. 36), **Defendants' Rule 56.1 Statement of Undisputed Material Facts (with Exhibits 1-27),** will be filed in the Clerk's Office in paper format within twenty-four (24) hours along with a hard copy of this notice, as the document and exhibits thereto, when scanned, exceed 2MB.

Respectfully submitted,

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY and ANNE McCALL,

201417.1

                    By their Attorneys,

                    */s/ Jeffrey A. Dretler*
                    _____
                    Walter B. Prince (BBO #406640)
                    Jeffrey A. Dretler (BBO #558953)
                    Prince, Lobel, Glovsky & Tye LLP
                    100 Cambridge Street, Suite 2200
                    Boston, MA  02114
                    (617) 456-8000