UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10256-PBS

**LISA RICCOBENE**
*Plaintiff*

v.

**MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY**
and
**ANNE McCALL**
*Defendants*

### NOTICE OF FILING

Plaintiff Lisa Riccobene, through counsel, hereby gives notice that she is filing Exhibits One through Five which are appended to this Notice, such exhibits being attachments to Plaintiff's Rule 56.1 Statement of Material Facts, which it was not possible to file earlier today.

Respectfully submitted,
LISA RICCOBENE
By her Attorney,

Mitchell J. Notis, BBO #374360
LAW OFFICES OF MITCHELL J. NOTIS
370 Washington Street
Brookline, MA 02445

### CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document and attachments were served this 16th day of November, 2007 upon counsel for all parties tot his action by first class mail postage prepaid.

MITCHELL J. NOTIS, BBO# 374360