# EXHIBIT THREE

Case 1:04-cv-10256-PBS     Document 34-3     Filed 11/16/2007     Page 1 of 5

```
 1
 2              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 3        C.A. NO: 04-10256MEL          VOLUME I

 4        *******************************************
          LISA RICCOBENE,
 5                       Plaintiff
                   vs.
 6        MASSACHUSETTS BAY TRANSPORTATION
          AUTHORITY, and ANNE McCALL,
 7                       Defendants
          *******************************************
 8

 9

10

11              DEPOSITION of MICHAEL H.

12        MULHERN, a witness called on behalf of

13        the Plaintiff, pursuant to the

14        Massachusetts Rules of Civil Procedure,

15        before Lisa E. Berkland, a Certified

16        Shorthand Reporter and Notary Public in

17        and for the Commonwealth of

18        Massachusetts, held at Wilmer Cutler

19        Pickering Hale & Dorr, 60 State Street,

20        Boston, Massachusetts, on Friday, April

21        13, 2007, commencing at 2:10 p.m.

22

23                     LISA E. BERKLAND, CSR
                          P.O. Box 286
24                     Westwood, MA 02090
                         (508) 850-5171
```

EXHIBIT 3

```
 1           final list of individuals to be laid off?
 2    A.     Yes.  The employees couldn't be -- the
 3           only person authorized to lay off anybody
 4           at the T at the time was myself.
 5    Q.     But did you actually -- I understand you
 6           gave final approval, but did you actually
 7           make any of the decisions as to which
 8           people or individuals should be placed on
 9           that list?
10    A.     Yes.
11    Q.     You did?
12    A.     Yes.
13    Q.     What role did you play in doing that?
14    A.     I made every department participate in
15           the reduction-of-force exercise.  That
16           included my own direct reports.
17    Q.     Okay.
18    A.     So I actually identified one person to be
19           included on the list.  That was the limit
20           of my involvement.
21    Q.     Okay.  But as to identifying other
22           individuals on the list from departments
23           other than your own, did you have any
24           involvement in deciding who would be on
```

```
1         the list?
2    A.   No, none at all.
3    Q.   Okay.  Who is it, sir, to your
4         understanding, -- well, strike that.
5              Do you recall how many
6         individuals were laid off from the police
7         department as a result of that 2002
8         reduction in force?
9    A.   Based on my preparation for this lawsuit,
10        I learned that it was one.
11   Q.   Ms. Riccobene?
12   A.   Ms. Riccobene, yes.
13   Q.   Again, although I understand you were the
14        one who gave final approval to her
15        layoff, you were not the one who selected
16        her position for elimination or reduction
17        of force, correct?
18   A.   No.
19   Q.   Who is it who made that decision?
20   A.   It would have been the department head,
21        which at the time I think was -- it
22        should have been Acting Chief Flemming,
23        because it was in November of '01, and he
24        was actually the acting chief.
```

```
 1   Q.   In terms of Joan Martin's role in the
 2        process, did she make the decision on
 3        what positions or people should be on the
 4        list?
 5   A.   No.
 6   Q.   So in terms of who it was to make the
 7        decision to subject Lisa Riccobene to
 8        layoff, that would have been Chief
 9        Flemming, correct?
10   A.   Yes.  It should have been.  Again, I
11        don't have direct knowledge, but it
12        should have been.
13   Q.   Do you have any reason to believe that
14        someone else made that decision?
15   A.   No.
16   Q.   Okay.  Again, you approved Ms.
17        Riccobene's selection for the list based
18        upon your belief that Chief Flemming had
19        selected her, correct?
20   A.   I approved the list in its entirety, and
21        that included Lisa Riccobene.  I didn't
22        make any changes or additions or
23        subtractions, for that matter.
24   Q.   When you signed the list, you assumed
```