# EXHIBIT FIVE

Lisa Riccobene                                               04/11/2007

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

***************************

LISA RICCOBENE,

    Plaintiff

vs.                                              No. 04-10256 MEL

MASSACHUSETTS BAY

TRANSPORTATION AUTHORITY

and ANNE McCALL,

    Defendants

***************************

VOLUME: I

DEPOSITION of LISA RICCOBENE

Wednesday, April 11, 2007

10:30 a.m.

Offices of Prince, Lobel, Glovsky & Tye LLP

100 Cambridge Street

Boston, Massachusetts

Judith McGovern Williams, Court Reporter

Merrill Legal Solutions
(617) 542-0039

EXHIBIT 5

1   were afraid of, and you said everybody?

2      A.   Right.  As a general statement.

3      Q.   Right.  No.  Fair enough.  And then I asked
4   you to identify who in particular you weren't.

5      A.   Right.

6      Q.   So you are right.  I stand corrected.

7           Anne McCall would have been within the
8   group of everybody else other than the people you
9   mentioned.  Why were you physically afraid of Anne
10  McCall?

11     A.   Because of the way she dealt with me and the
12  things that she -- the things that she -- the negative
13  things that she would say to me, the way she would
14  look at me, just her demeanor with me.

15     Q.   Just back at the Quincy substation when
16  Lieutenant -- Acting Chief Fleming said to you that
17  wouldn't keep you safe, did you understand that to
18  mean physical safety?

19     A.   Yes.

20     Q.   You didn't think he was referring to keeping
21  your job safe?

22     A.   No.  Because he also made the comment that,
23  you know, he didn't have the manpower to have somebody
24  posted at my desk or wherever I went in the building.

Lisa Riccobene                                    04/11/2007

Page 84

1  Q.  Did he say to you that he wasn't sure he
2  could protect his own job?
3  A.  No. Not that I can remember.
4  Q.  He was just the interim chief; right?
5  A.  Who was going for the chief's position.
6  Q.  And he didn't know if he would get it or
7  not? Right?
8           MR. NOTIS:  Objection.
9           THE WITNESS:  I guess. I didn't know.
10 That's --
11         BY MR. DRETLER:
12 Q.  And he did not get the chief's job, did he?
13 A.  No.
14 Q.  And when he said he couldn't protect you,
15 did you also understand that to be in reference to
16 your physical safety as opposed to protecting your
17 job?
18 A.  What was --
19          MR. NOTIS:  Objection.
20          THE WITNESS:  Go ahead.
21          MR. NOTIS:  No. You go ahead.
22          BY MR. DRETLER:
23 Q.  Do you understand the question?
24 A.  I do understand the question, but what

Lisa Riccobene							04/11/2007

Page 85

1   was -- why did I need to have my job protected when I
2   had no disciplinary action and had been an exemplary
3   employee?  It has been the -- people at the T don't do
4   things -- I have been with the T for 10 years.  Oh,
5   they say I have 5 years and 10 days to go before my
6   retirement.  Nobody, unless you do something other
7   than killing or stealing some funds, do you ever get
8   dismissed from the T.  So if you are asking me did I
9   think he was protecting my job, my answer to you would
10  be that he would have no need to protect my job when I
11  was such an exemplary employee.  He was referring
12  strictly to my safety.
13       Q.    Did he take any steps to protect your
14  physical safety that you know of?
15       A.    Not that I know of, because he told me that
16  there was nothing that he could do.  The only thing I
17  did hear -- and this was hearsay, because that's the
18  way the T works -- is that I heard that he was going
19  to be speaking to some computer expert in Medford -- I
20  don't know whether it is a Medford cop, whether it is
21  a person that lives in Medford -- and that he -- they
22  were trying to decipher where the initial Internet
23  posting came from, but it never went anywhere.
24       Q.    So of the various job possibilities that

1   A.   In -- it was a general statement.
2   Q.   Like rumors?
3   A.   Yes.
4   Q.   And how did it make you feel when she said
5   the word Mafia princess?
6   A.   It made me feel horrible. It embarrassed
7   me.
8   Q.   Did anybody hear her say it?
9   A.   Sonny Peixoto.
10  Q.   Anybody else?
11  A.   No. There was only the two of us there --
12  the three of us actually.
13  Q.   And why did it embarrass you?
14  A.   That's very derogatory to my ethnicity. It
15  is very -- it is humiliating. You know, it is
16  absolutely humiliating, you know, and I think it gives
17  the wrong -- you know, when you hear someone say that
18  about somebody, you think of very negative, derogatory
19  statements about, you know, and that is not only an
20  attack on me, but it is an attack on my character, my
21  family.
22  Q.   Well, you are referring to the Mafia part of
23  it, not the princess part of it? Right?
24  A.   I'm talking about the whole thing.

Lisa Riccobene                                                  04/11/2007

Page 112

1   A.   Other than what I believe to be her in the
2   Internet posting, no.
3   Q.   And has anybody ever told you about anything
4   that they heard Anne McCall say about your Italian
5   heritage other than this Mafia princess remark?
6   A.   Other than the Internet posting, nothing.
7   Q.   Have you ever heard Anne McCall make a
8   derogatory ethnic remark about anybody else?
9   A.   Yes.
10  Q.   What did you hear?
11  A.   This is embarrassing.  She made this like
12  quacking sound and referred to Sonny as a portugoose.
13  Q.   She quacked and referred to him as a
14  portugoose?
15  A.   Yes.
16  Q.   She said the word portugoose?
17  A.   Yes, she did.
18  Q.   And when did this occur?
19  A.   It occurred the day that Sonny came up to
20  take a police report on my telephone being stolen, my
21  cell phone being stolen.
22  Q.   So the Mafia princess comment was at a
23  different time?
24  A.   No.  It was at the very same time.

Lisa Riccobene                                    04/11/2007

Page 119

1   Q.   And this occurred on June 25, 2002; is that
2   right?
3   A.   I don't know what date it occurred.
4   Q.   Do you have any idea when it occurred?
5   A.   No. I have no idea when it occurred.
6   Q.   Well, how long before Chief O'Loughlin left
7   the T did it occur?
8   A.   What year did this occur on June 25th?
9   Q.   I am not answering the questions, just
10  asking them.
11  A.   I don't know.
12  Q.   You don't know?
13  A.   No.
14  Q.   Do you remember if it was winter or summer?
15  A.   No, I don't remember that either.
16  Q.   Do you remember if it was before 9/11 or
17  after?
18  A.   No.
19  Q.   You have no idea when this happened?
20       MR. NOTIS: Can I have a moment?
21       MR. DRETLER: Not right now.
22       MR. NOTIS: Well --
23       MR. DRETLER: In the middle of these
24  questions?

Lisa Riccobene                                         04/11/2007

Page 125

1           that was purely my opinion and speculation.
2           I believe that he may have assisted Anne in
3           doing that, in doing so.
4      BY MR. DRETLER:
5      Q.   Well, isn't your -- isn't it all speculation
6   whether Anne had anything to do with it either?
7      A.   Well, it is not speculation that Anne called
8   me Mafia princess to my face, and different things
9   that Anne did to me and in front of me weren't
10  speculation. It wasn't in the air. It was real and
11  solid. And she did things to me that she did to no
12  other Irish, female or male person in that place. She
13  completely isolated me in her attacks.
14     Q.   But the Internet -- her role with respect to
15  the Internet posting, if any, is speculation? Right?
16     A.   The Internet? Okay. It is speculation.
17     Q.   What else did she do that you just referred
18  to that is not speculation?
19     A.   Well, she would be the person that would go
20  out and get everybody's lunch on the top floor. Okay?
21  She would get everybody's lunch and ask everybody to
22  go to lunch except for me, and she would bring back
23  take out for everybody except for me. I was never
24  asked. I was never given -- given the opportunity,

Page 126

1  nor did she ever bring me anything back.
2          She used to watch my time and what I
3  did like a hawk, and the reason why I know this is I
4  was told by Janet Rivera-Jones that when I was ordered
5  to go to the workmen's comp hearing for Sonny Peixoto,
6  that I wanted no part of, I had to put in for a
7  specific amount of time because I was actually on -- I
8  was either out on comp time or I was on a day off, and
9  I wanted that time back since I was ordered to do
10 that, and she wanted to know -- she knew exactly what
11 time I left there and exactly what time I got there,
12 and she had absolutely positively nothing to do with
13 me or my time.  I reported to one person and one
14 person only.
15         She would see me in the hallway, and
16 she would -- hmm -- she would make these noises.  She
17 was rude and she was ignorant to me, and she was
18 completely condescending and go out of her way to
19 embarrass me in a whole group of people.  There was a
20 whole group of people talking, and I was completely
21 excluded.  No matter how hard I tried to be part of
22 the, quote-unquote, in-crowd at the MBTA or the
23 life-longers at the MBTA, I was not even given one
24 iota of a space from that woman.  Okay?  I would have

1  You know, somebody in an office up on the
2  Commissioner's floor.
3     Q.  Well, what steps did you take to apply for
4  the job?
5     A.  I filled out an application.
6     Q.  And you sent it in?
7     A.  And went for an interview.  Um-hmm.
8     Q.  Do you have a copy of that application?
9     A.  No.
10    Q.  Who did you interview with?
11    A.  A couple of people.  I don't know who.
12    Q.  Did Anne McCall's name come up during the
13 interview?
14    A.  No.
15    Q.  And what happened after the interview?
16    A.  After the interview I didn't hear for a
17 while and I -- what I did was I inquired about it
18 and then was told that, you know, I was being killed
19 over there, my name was being absolutely killed over
20 there.  And then when the woman finally called me
21 back, she said to me, you know, asked me was I aware
22 that I had a lawsuit going at the M.B.T.A.
23    Q.  So you called someone at the --
24    A.  Yes.

Lisa Riccobene, Vol, 2                                      05/22/2007

Page 293

1   hours for which you were entitled to be paid $20 per
2   hour?
3       A.  Yes.
4       Q.  And how did you come up with a figure of 640
5   hours?  How do you know that's how many overtime
6   hours you worked?
7       A.  I saved most of my slips that I had been
8   compensated for so we were able to --
9       Q.  What makes you say you should have been paid
10  $20 per hour for that time?
11      A.  I think that was my rate of pay.
12      Q.  Do you recall filing a Nonpayment of Wage
13  Complaint with the Attorney General's Office?
14      A.  Yes.
15      Q.  And do you recall there stating that you
16  believed you were owed $25,000?
17      A.  No, I don't remember that.
18      Q.  Do you recall stating there that you
19  believed you were entitled to $25 per hour?
20      A.  No, I don't remember that.
21      Q.  I'll represent to you that in the automatic
22  disclosures which is a document prepared by counsel
23  at the inception of the case, it states here lost
24  overtime pay at approximately $63,000.  Your