UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA RICCOBENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10256 PBS |
| | ) | |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| and ANNE McCALL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties state that they have settled this action

and respectfully request that the Court dismiss this action with prejudice, with each party to bear

her/its own costs and attorney's fees.

Respectfully Submitted,                          Respectfully Submitted,

LISA RICCOBENE,                                  MASSACHUSETTS BAY
                                                 TRANSPORTATION AUTHORITY and
                                                 ANNE MCCALL,

By her Attorney,                                 By their Attorney,

LAW OFFICE OF MITCHELL J. NOTIS                  PRINCE, LOBEL, GLOVSKY & TYE LLP


          */s/ Mitchell J. Notis*                        */s/ Jeffrey A. Dretler*
By:_____             By:_____
    Mitchell J. Notis (BBO#: 374360)                 Jeffrey A. Dretler (BBO#: 558953)
    370 Washington Street                            100 Cambridge Street, Suite 2200
    Brookline, MA  02445                             Boston, MA  02114
    (617) 566-2700                                   (617) 456-8000